1  Rick R. Hsu, Esq.
   State Bar No. 5374
2  Maupin, Cox & LeGoy
   4785 Caughlin Parkway
3  P.O. Box 30000
   Reno, Nevada 89520
4  (702) 827-2000

5  Attorneys for Plaintiff

8  **UNITED STATES DISTRICT COURT**

9  **DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES FOR THE USE AND BENEFIT OF TRENCHING SERVICES, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL SECURITY TECHNOLOGIES, LLC, a Delaware limited liability company; EAGLE ROCK CONTRACTING, LLC, an Arizona limited liability company; DIAMOND INDEMNITY TRUST 2011-1, a Delaware statutory trust; and DOE-1,<br><br>Defendants. | CASE NO. 3:12-CV-00238 MMD-VPC<br><br>**VOLUNTARY NOTICE OF DISMISSAL, WITH PREJUDICE, PURSUANT TO FRCP RULE 41** |

## VOLUNTARY NOTICE OF DISMISSAL WITH PREJUDICE

Whereas, Trenching Services, Inc. ("Trenching Services"), a Nevada corporation, commenced this action by filing a Complaint on or about May 2, 2012 in the United States District Court for the District of Nevada naming, in part, National Security Technologies, LLC ("NSTec") as a defendant;

Whereas, Trenching Services has not yet served the Complaint on any of the named defendants, and therefore none of the named defendants have entered appearances in this case;

Whereas, Trenching Services and NSTec have entered into a Confidential Settlement Agreement to settle fully and finally all differences between them without any admission of liability or fault, including, but not limited to, all claims made by Trenching Services in the above-entitled action;

Whereas, because Trenching Services and NSTec have settled this matter, this action should be voluntarily dismissed;

ACCORDINGLY, THIS CASE IS HEREBY DISMISSED IN ITS ENTIRETY AS FOLLOWS:

All claims filed by Trenching Services in this action against all defendants are dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), with each party to bear its own costs and attorneys' fees.

Dated: January 2, 2013

Respectfully submitted,

MAUPIN, COX & LeGOY

By: _____
Rick R. Hsu
Attorneys for Plaintiff, Trenching Services, Inc.

IT IS SO ORDERED

_____
JUDGE MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

January 3, 2013
_____
DATE